■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT YOUNG, Appellant. [761 NYS2d 894] —Appeal from a judgment of Erie County Court (DiTullio, J.), entered December 19, 2000, convicting defendant upon his plea of guilty of, inter alia, scheme to defraud in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pine, J.P., Hurlbutt, Gorski, Lawton and Hayes, JJ.